Amy Rose INGRAM BONNING
7210 Barrister Dr.
Boise ID 83704

Case 1:24-cv-00498-BLW   Document 3   Filed 10/18/24   Page 1 of 8

U.S. COURTS
OCT 18 2024
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT FOR THE STATE OF IDAHO

Amy Rose INGRAM BONNING

VS

- IDAHO STATE POLICE DEP.
- BRAD LITTLE - GOV. FOR IDAHO
- IDAHO STATE CONTROLER - BRANDON WOOLF
- IDAHO SECRATARY OF STATE - Phil Mcgrane
- ASHley Dowell - EX DIRECTOR PARDON & PAROLE
- JOSH TEWALT - DIRECTOR I.D.O.C.
- TERESA JONES - PREA CORDINATOR IDOC
- DAVE JESSPEN  ⎫ Directors of H & W
- ALEX ADAMS   ⎭
- STEVEN BARTLETT ⎫ Ada County
- Mathew CIFFORD  ⎭ Sheriffs
- Steven Hippler - Ada County Head D Judge - Supervisor
- ADA COUNTY Commisioners DEP.
- ADA County Jail Ivestgator - Dep Hansen
- JAN BENNITS - PROSICUTER - STATE DA
- JOSH HURWIT - UNITED STATES DISTRICT ATTORNEY
- Ryan O'niel FBI SPECIAL AGENT

CIVIL RIGHTS COMPLAINT
PREA/RICO
- 42-1983 U.S.C.
- 28 CFR P-115
- 28 USC -
- 18 USCS 1961
  18-901 § 924



DEMAND FOR JURY

• HUMAN TRAFFICING ENTERPRIZE •
—— Under Iternational Laws of Tourcher THERE IS NO INTITTLEMENT TO Apply - IMUNITYS • HUMAN RIGHTS VIOLATIONS # IN COULLUSION # TRAFFICING.

Prisioner Complaint

①

Is UNDER THE 8th Amendment of Cruel and unusual punishment,

Fraud IN PREA Compliance ACCORDING TO 28 CFR Along with the Grants For PREA Compliance

United STATES CODES 34§ 30301-30309 GRANT SEC Being in Subsection 30305-(a) grants Authorized (B) use of Grant Amounts (C) GRANT REQUIREMENTS which include all Grants to probation And Parole, deployments of Law enforcement training to effectivily Reduce Rates of parole revocation & Grants for prision opperations (D) Application in ORDER to request a grant under this section the chief executive of OUR STATE (IDAHO) must Include a CERtiFication from the "Govoner Stating IDAHO'S INSTItutions have adopted All National RAPE STANDARDS INCLUEDING Compliance IN REPORTING PREA. RICO-18 USCS 1961

All The ABOVE DEFENDANTS ARE PART OF THIS CRIMINAL SYNDICATE R.I.CO. Quite the Gross "ENTERPRIZE" Draining Billions of Dollars out of our Economy. let alone violating Human Rights Internationaly Beyond the scope of punishiment for Non violent offenders. INTENTIONIALY ERRORING IN DRUG UNDERSTANDING OUTSIDE THE STANDARD RANGE, YES They All "Know" ABOUT THIS FOR THEY CONSPIRE UNDER Their own BILL that has NOW Become a LAW.

②

2014 IDAHO SENATE BILL 1307 - DOES IT list the Fiscal Impact? Idaho 62. legislature 2nd session chapter 150, This Bill went on to Become IDAHO LAW It "ESTABLISHES THE RELATIONSHIP" of IDAHOS Governor, Health and Walefare And Parole commission and Dep of Corrections ect, ALL THE DEFENDANTS ARE PART-ORGANIZED CRIME AND THEY ARE THE SUPERVISORS OF THESE DEPATMENTS AND THIER connection BETWEEN THE WRONGFUL CONDUCTS (STARR v BACA 652 F.3d 1202 1207) (9th Cir 2011) PlAINTIFF Establishes this Casual conection And Series of Acts As set Forth in this Complaint And the History of Hundreds Injured (HAnsen v. Black 885 F 2d 642, 646 (9 Cir 1989) Knowingly And UNDER THIER BILL THEY Supervise the Deliberate Fraud in Reporting Stastical Data Fraud in Establishing Classifications of Non-Violent offenders Raising Point levels to Keep them Incarcerated, (under this Bill - LAw) Fraud in listing Fines Fees - And Fraud in PREA REPORTING REQUIREMENTS - AND COMPLIANCE FRAUD IN TAMPERING WITH DOCUMENTS.

③

And so In Establishing this connection.

NO. INTITTIEMENT TO IMUNITYS APPLY THESE OFFICAL CAPACITYS ARE HANDICAPED BY UNLAWFUL CONDUCT BREAKING INTERNATION-AL LAWS. Disabling Imunitys Abandoning thier "Oaths" Codes of Conduct Ethics. PROFETIONAL STADARDS TOURETERING HUNDRE-DS oF lives Betraying the Public Confidence By "Knowing" of And Personal Paticipation IN FRAUD, Crule And unusual Punishments. - TRAAFICING PRISIONERS. HIGEST PER CAPITA HORDING - A Enterprice oF Racketeering Infuances that Have Corrupted our States Goverment And Each Officals Depatments - They Are
                  FOR
NOW A Disabled/personal Gain, 'ABUSERS.' Charging the Fedral Goverment the Highest in the Nation. For All thier inmates that through thier Prision Stocks make shure NO RAPES ARE REPORTED. I was Raped - 3 Times @ Prision Contractors Factorys. as in Exibits - Report #'s - Droped off By Van LOADS FOR RAPE AND WORK They Fail to Protect Prosicute And Comply

Details Are in Reports.

(4)

IDAHO STATE POLICE #
2024-0-5779

This Included mine 3 assults →

**Request #467533771**

MINIMIZED 5 different WOMENS ASSULT REPORTS IN one DR.

why?

**Profile Photo:**

**Inmate Info**
Name: AMY BONNING
Submitted Date: 07/16/24 14:08
Submitted Room: ACSO ACJ POD.A DORM2 BUNK55/Dorm 2
Current Room: ACSO ACJ POD.A DORM2 BUNK55/Dorm 2
Facility: Ada County Jail ID
MAC ID: 48:46:C1:22:70:AD
Device ID: 4846C12270AD

**Audit Photo:**

well 5 Assults IS Aggrivated AND IS STILL NOT BEING PROPERLY PROSECUTED OR IN Compliance W/ PREA

**Form Info**
Category: Others
Form: Public Records Request

**Request Info**
Status: CLOSED by Brooke McMahon
Facility Deadline: 07/30/24 23:59

**Summary of Request:**
Hello I need acople of the grievance and report numbers below

**Details of Request:**

Name:
Amy Rose Bonning

JID #:
01106739

Please provide a description of your request.:
Provide detailed information about the record you are requesting. Include the date, time, and location of the incident. Give full names of individuals, including the date of birth, if known, and the specific incident in which the person was involved. STIPULATION: Public record(s) released pursuant to this written request are not warranted as to completeness or accuracy. Some public records maintained by law enforcement authorities are exempt from disclosure under Idaho's Open Records Act. The public record(s) released in response to this request represents only the record(s) available pursuant to Title 74, Chapter 1, Idaho Code. Additional records from other sources may depict a more accurate or more complete record of a given person or situation. Idaho law provides three (3) to ten (10) business days to respond to your request, depending on specifics of availability and excluding US mail time. Business days are Monday through Friday, 8:00 a.m. to 5:00 p.m., excluding Holidays. All requests received after a business day closes shall be deemed received the next business day.

466678361
466020291
466026201
464277921
462195411
448387721
446145701
JR5 202401425

Recorded Interview SEXUAL ASSULT

Then I requested to File charges wont let me have coppies of that.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/16/24 14:23 | Brooke McMahon | Staff Response | Your request has been received. Idaho law provides three (3) to ten (10) business days to respond to your request. |
| 07/16/24 14:23 | Brooke McMahon | Changed Status | From 'Open' to 'Closed' |
| 07/16/24 14:08 | AMY BONNING | Submitted New | Hello I need acople of the grievance and report numbers below |

OR my SEXUAL ASSULT Reports.

But lets me Have all others

(5)

Further more Plaintiff plainly shows Facts And corrections For her complaint of Rape, PREA, AND THE Failure to Be protected as a victim - THE TRAMAS Amy Rose Ingram Bonning has carried as A Born + raised Idaho Girl w/ a drug addiction in And was Beyond the scope of Punishment JDOC S.I.U. has reconized her assults But seem to Be prohibited to move Forward By Supervizing Atnortys. JDOC wistle Blower testimoneys of this prohibit to properly Report PREA is IN PART...

① . So Plaintiff Requests A (Permisive) Joinder with all documents of Files to participate in this Complaint. Cases Include.

- Bonning v Clifford - CV1 24 00249 BLW.
- (A.W. v Josth Tewalt ect. CV 1:24 09326).
  - plaintiff is Jane Smith - Amy Rose Ingram Bonning.
- Nelson v Josh Tewalt ect CV1-24-00333 BLW
- 9th Cir Appeal For PREA - Paup  IDAHO
  A.W. v. Tewalt  CV 1 24 00405 BLW

-. Thus Including all Permisive Joinders within these., Respectfuly Requested.

② Application For ~~Counsel~~ Appointment of Counsel. Plaintiff Qualifies as a injury Assult victim.

⑥

The Following Laws have been violated by all the Above Defendants As Established,

And according Statute of lim
IC. 5-218- 5-248, 19-2601 (4)

8 USC 2421 A

18 USC 1341-2421

18-5413- Providing false Information to Law Enforcement officers Governmt Agencys - or Spasific professionals.

18-5701 misuse of Public Moneys By Public officers Public Employees.

18-6101 RAPE.

18-6110 Sexual contact w/ Prisioner

18-1301-13-62 Bribery Corruption 1351 corupt Practices

18-1357 Compensating Public Servant For Assisting Private Intrests in Relation to matters before him

18-1359 Using Public Position For Personal Gain

13A Bribery & corrupt influence

18-1505 Abuse, Exploitation or Neglect of Vulnerable Adult.

18-1505 B - Sexual Abuse & Exploitation of Vulnerable Adult

18-1701 criminal Conspiracy. 18-2602 18-2603.

18-2604 Intimidating A witness

18-4804 malice Presumed. 18-4801 Libel Defined.

18-5401 Perjury - 5410 Subornation of Purjury

18-404 Indecency & obscenity - Participation Live conduct + public places

IC. 18-901 Assault

18-903 Battery

18-924 Sexual Battery

18-6409 Disturbing the Peace

18-5601 Commerial Sexual Activity

18-6606 Reciving Proceeds of Illigal Sexual Activity

18-6608 Place of Commercial Sexual Activity  Work Crews & Factorys

18-5613 Providing the Place of Sexual Activity

18-3201-03 - Forged Public Records

18-2601 Falseifying Evidence Plaintiffs assault DR. 2024 05775

⑦ ↘

Plaintiff Ask the Court To Pardon her penmanship, and access to courts deprivations.

with all due Respects most Honorably. And

- The Plaintiff seeks the following Relief.

Wistle Blower protecton. Victims compensation Victim witness cordinators, prosicution, Imediate trama treatments, And Recinisim Recognitions. Collateral Legal Conciquences Declatory - Injunctive And monitary concidrations

3.9 million.

There is A History of Rapes And Pregnancys From the Wathas Potato Factory where Plaintiff was Raped. As Recognized By IDOC special Investgations Unit, And (she) (Invesigator) Appologized For these Injuies As Recorded.

May the Court move URGENTLY to Help the plaintiff And Hundreds more The 5 victims on this DR# Are In Part. See, exhibit Page 5.

Respectfuly Submited

Most Truely Under Penalty of Purgury

Submited to Ada County Jail mail Box
October 14 2024

Plaintiff

(8)