Please Pardon my only access.
This is the Complaint to Go w/ Forma Pau- that is in Seperate Envlope, So w/ Cond Filth

Will you Please Send me back a Copie of my own of the Complaint They Wont alow Copies without Money, OR There Just Being Mean to me for. Any how
Thank You true,
this Is Envilope 2 of 2.