I have No Access to

Courts Copies of Postage

Having to Send in Seperate

Enilopep this is 1 of 2

Please Send Me Back

a Copie of My Complant

w/ conditional filing

that You So

Mark

U.S. COURTS

OCT 18 2024

Filed

lime

STEPHEN W. KENYON

CLERK, DISTRICT OF IDAHO

This Envilope

Has FORMA Paupris-
Application-