

Inmate Amy Rose Banning
c/o Ada County Jail
7210 Barrister Drive
Boise ID 83704-9217

LEGAL
Mail

UNITED STATES COURT HOUSE
FEDERAL BUILDING
DISTRICT OF IDAHO
550 W FORT St
BOISE ID 83724

BOISE ID RPDC 837
16 OCT 2024 PM 2 L

1 of 2



Amy Rose Ingram Banning
Inmate
JID # 01106739
C/O Ada County Jail
7210 Barrister Drive
Boise, ID 83704-9217

BOISE ID RPDC 837

16 OCT 2024 PM 2  L

UNITED STATES COURT HOUSE
FEDERAL BUILDING,
550 FORT st
BOISE ID 83724

837724-

U.S. MARSHALS
District of Idaho
OCT 18 2024